IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02471-AP

GLORIA J. GONZALES,

    Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
William E. Benjamin, Esq.
5350 Manhattan Circle, Suite 105
Boulder, Colorado 80303
(303) 442-9005
(303) 442-2345 (facsimile)

    For Defendant:
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0815

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    **Date Complaint Was Filed:** December 7, 2005

    B.    **Date Complaint Was Served on U.S. Attorney's Office:** December 9, 2005

    C.    **Date Answer and Administrative Record Were Filed**: February 6, 2006

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that the case raises no unusual claims or defenses.

**7. OTHER MATTERS**

None.

**8. PROPOSED BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:** March 23, 2006

    B.    **Defendant's Response Brief Due:** April 24, 2006

    C.    **Plaintiff's Reply Brief (If Any) Due:** May 9, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    The parties do not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( X)  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    ( )  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 22nd day of  February , 2006.

                                         BY THE COURT:

                                         S/John L. Kane
                                         U.S. DISTRICT COURT JUDGE

APPROVED:


s/   William E. Benjamin  
**William E. Benjamin, Esq.**  
5350 Manhattan Circle, Suite 105  
Boulder, Colorado 80303  
Telephone: (303) 442-9005  
Fax:         (303)442-2345  
WbenjaminLaw@ecentral.com  

Attorney for Plaintiff

WILLIAM J. LEONE  
UNITED STATES ATTORNEY  

s/ Kurt J. Bohn  
KURT J. BOHN  

Assistant U.S. Attorney  
1225 Seventeenth Street, Suite 700  
17th Street Plaza  
Denver, Colorado 80202  
Telephone: (303) 454-0100  
kurt.bohn@usdoj.gov  

s/ Teresa H. Abbott  
By: Teresa H. Abbott  
Special Assistant U.S. Attorney  
teresa.abbott@ssa.gov  

*Mailing Address:*  
1961 Stout St., Suite 1001A  
Denver, Colorado  80294  
Telephone: (303) 844-0815  

*Street Address:*  
United States Attorney's Office  
1225 Seventeenth Street, Suite 700  
Denver, Colorado  80202  
Telephone:  (303) 454-0100  

Attorney for Defendant